# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDWARD H. JANUSEY AND DEBORAH H. JANUSEY, HIS WIFE, | : | No. 69 WAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEAN M. GROSE AND VALERIE J. GROSE, HIS WIFE, | : | |
| | : | |
| Respondents | : | |
| EDWARD H. JANUSEY AND DEBORAH H. JANUSEY, HIS WIFE, | : | No. 70 WAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEAN M. GROSE AND VALERIE J GROSE, HIS WIFE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 14th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.